PO Box 12308
Capital Station, Austin, TX. 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

RE: TR CT. NO W07-33220-J(A)

I Recieved A letter from THE Dallas County District office About a time dispute. First off I don't know Anything THAT is Going on Here. I've not filed no 11.07 for Any Reason EXCEPT. I did file a 11.07 About parole and when THE 5TH Circuit In New orleans Shot It down I dropped it I don't know nothing About This 07-33220-J-(A) I don't even know Whats Its About. I Have A long way discharge FEB 13. 2015. And I've not sent no 11.07 In for Any Reason if some one Would please send me A Copy or let me know whats Going on Here. I just Cieved A White Card & Im lost now. Im Not fighting my Sentence or Any Changes - THAT was In THE past. IF you Would please send me some Thing THAT will let me know what is Going on I want Copys of what ever This Is. Because THE only 11.07 I filed was CV-00709-0-B§ (Brown v William Stephens) And Im Currently Am In nal Court with Case No 6:14CV541 Brown U. McGlasson, So I need to about THis Because I've not filed Any 11.07 About time Dispute or Any THing. So please send me whatever Is About Because Im not Aware of it. & I dont t Any THing stopping my Release on Feb 13-2015 Thank you

M. Keith Brown # 1773927
Coffield unit
2661 Fm 2054 Tenn Colony TX 75884

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1R          $ 00.26⁵
0006557458    DEC 17 2014
MAILED FROM ZIP CODE 78701

12/8/2014
BROWN, MIKELL LAMAR    Tr. Ct. No. W07-33220-J (A)          WR-75,311-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

A116
DEC 2 2 2014

MIKELL LAMAR BROWN
COFFIELD UNIT - TDC #1773927
2661 FM 2054
TENNESSEE COLONY, TX  75884

N3B  75884